

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 26, 2022

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>United States v. Isaiah Williams</u>, 22mj6901

Dear Judge Davison:

    Defendant Isaiah Williams was arrested this morning and brought before the Court for his initial appearance on the above-referenced complaint. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the complaint and arrest warrant.

    Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jeffrey C. Coffman
Assistant United States Attorney
(914) 993-1940

SO ORDERED:

_____
HON. PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

8/26/22